SANDRA MESSINA *v.* JOHN MESSINA
(7222)

SPALLONE, DALY and JACOBSON, Js.

Argued April 5—decision released April 12, 1989

*Prescott W. May,* for the appellant (defendant).

*Gary I. Cohen,* with whom were *Lee Marlow* and, on the brief, *Laurel Ellson,* for the appellee (plaintiff).

PER CURIAM. There is no error.